# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

156125

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BURRELL CLARK,
     Defendant-Appellant.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156125
COA: 337839
Wayne CC: 09-006214-FC

_____/

On order of the Court, the application for leave to appeal the May 16, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

d0521